**SIGNED.**

Dated: November 17, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**BERRY GOOD, LLC**,<br>and related proceedings,<br>Debtors.<br><br>OTHER JOINTLY ADMINISTERED DEBTORS:<br><br>**BEAUDRY CHEVROLET, CHRYSLER, JEEP & DODGE, LLC** 4:08-bk-16504-JMM ☐<br>**PALO VERDE VENTURES, LLC** 4:08-bk-16526-JMM ☐<br>**GILA RIVER VENTURES, LLC** 4:08-bk-16527-JMM ☐<br>**SMART VENTURES, LLC** 4:08-bk-16529-JMM ☐<br>**WITT VENTURES, LLC** 4:08-bk-16531-JMM ☐<br>**BEAUDRY RV COMPANY** 4:08-bk-16533-JMM ■<br>**BEAUDRY RV RESORT, INC.** 4:08-bk-16536-JMM ☐<br>**BEAUDRY RV MESA, INC.** No. 4-08-bk-17015-JMM ■ | Chapter 11<br><br>No. 4:08-bk-16500-JMM<br>(Jointly Administered)<br><br>**MEMORANDUM DECISION (DN 403)** |

      Creditor Steven Roddy has filed a "motion to reconsider" this court's order disallowing a claim. That order was entered on October 8, 2009 (DN 397). The present motion was filed on October 19, 2009 (DN 403). Because the motion before the court was not timely filed within ten days after the order complained of, it cannot be treated as a FED. R. CIV. P. 59 motion (FED. R. BANKR. P. 9023). Instead, it must be treated as a FED. R. CIV. P. 60 motion (FED. R. BANKR. P. 9024).

1         For the instant motion, Mr. Roddy has presented the court with a new case, that was not part of the original motion (DN 384). *In re Maya Construction Co.*, 78 F.3d 1395 (9th Cir. 1996). In that case, the circuit placed the burden of notification of known creditors upon the debtor.

        In the instant case, the affidavit of Mr. Roddy's state court attorney, Ezra Clark, is unrebutted. It states that the Debtors, although listing Mr. Clark, set forth the wrong address and zip code. The affidavit further states, that even after diligent search, counsel nor staff could locate receipt of the court's notices. In view of the errors made in the attempted notice, the court must find that the notice sought to be given was not reasonable, and therefore, Mr. Roddy's late-filed claim must be accepted. *See, also, In re Reilly,* 2009 WL 507063 (Bankr. D. Idaho 2009).

        For these reasons, then, the court will grant the motion to set aside the order of October 8, 2009, and will enter a new order GRANTING Steven Roddy's request to file a late claim. If that claim is contested, however, then further proceedings must be held on its liquidation and settlement.

        DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Michael McGrath and Frederick J. Peterson  
Mesch, Clark & Rothschild, P.C.  
259 N. Meyer Ave.  
Tucson, AZ 85701  
Attorneys for Debtors      Email: ecfbk@mcrazlaw.com

Ezra T. Clark, III  
Clark Law Firm, P.C.  
63 East Main Street, Suite 501  
Mesa, Arizona 85201  
Attorneys for Steven Roddy      Email: etc@clarkfirm.com

Larry Lee Watson and Edward K. Bernatavicius  
Office of the U.S. Trustee  
230 N. First Ave., Suite 204      Email: larry.watson@usdoj.gov  
Phoenix, AZ 85003-1706      Email: edward.k.bernatavicius@usdoj.gov